IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:15-CR-00169** |
| | : | |
| **v.** | : | |
| | : | |
| **MURRAY ROJAS** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's Renewed Motion for the Entry of a Judgment of Acquittal (Doc. 144) is **DENIED.** The probation officer shall disclose a presentence investigation report no later than May 9, 2018.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: March 14, 2018