IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:15-CR-00169** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **MURRAY ROJAS** | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration (Doc. 164) is **DENIED.**


      s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: April 12, 2018