IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:15-CR-00169 |
| v. | : | |
| MURRAY ROJAS | : | Judge Sylvia H. Rambo |

# **O R D E R**

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's motion for bail pending appeal is **GRANTED**.

s/Sylvia H. Rambo_____
SYLVIA H. RAMBO
United States District Judge

Dated: May 20, 2019